UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Cricket Store 17, L.L.C. d/b/a Taboo, | ) | Civil Action No. 3:13-3557-TLW |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING |
| | ) | EXHIBITS 1-11 TO AFFIDAVIT OF |
| vs. | ) | JEFFREY WHITE (ENTRY 5-2) |
| | ) | |
| City of Columbia, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE CITY OF COLUMBIA:

Please take notice that the plaintiff supplements the filing of his Motion for Preliminary Injunction and Affidavit in Support (Entry 5 and 5-2) by adding Exhibits 1 – 11 to the Affidavit of Jeffrey White, dated December 19, 2012 and filed December 20, 2013.

January 3, 2014

/s/ Thomas R. Goldstein, I.D. # 2132
Thomas R. Goldstein
Belk, Cobb, Infinger & Goldstein, P.A.
P. O. Box 71121
Charleston, S. C.  29415-1121
(843) 554-4291
(843) 554-5566 (fax)
tgoldstein@cobblaw.net